■ METROPOLITAN PLAZA WP, LLC, Formerly Known as RIDGEMOUR MEYER PROPERTIES, LLC, et al., Appellants, v GOETZ FITZPATRICK, LLP, et al., Respondents. [3 NYS3d 595]—

Judgment, Supreme Court, New York County (Louis B. York,

J.), entered January 17, 2014, dismissing the complaint, unanimously affirmed, without costs.

The motion court correctly gave collateral estoppel effect to the rulings of the bankruptcy court in a prior proceeding finding deceit and other misconduct by plaintiffs, as well as defendants, and dismissed the complaint pursuant to the doctrine of in pari delicto (*see Kirschner v KPMG LLP*, 15 NY3d 446, 464 [2010]).

We have considered plaintiffs' remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.